1  Mark E. Ellis - 127159
   Anthony P. J. Valenti - 284542
2  ELLIS LAW GROUP LLP
   1425 River Park Drive, Suite 400
3  Sacramento, CA  95815
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  avalenti@ellislawgrp.com

6  Attorneys for Defendant RASH CURTIS & ASSOCIATES

7

8              IN THE UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NICHOLAS CONNER, | Case No.: 2:17-cv-06520-JFW(FFMx) |
| 12                Plaintiff, | |
| 13  v. | JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE |
| 14 | |
| 15  RASH CURTIS AND ASSOCIATES, | HON. JOHN F. WALTER |
| 16 | |
| 17                Defendant. | |

18

19

20

21

22

23

24

25      Plaintiff NICHOLAS CONNER and Defendant RASH CURTIS AND

26  ASSOCIATES, acting through counsel, and pursuant to Federal Rule of Civil

27  Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with

28

prejudice, including all claims and counterclaims stated herein, with each party to bear its own attorney's fees and costs.

Dated: June 21, 2018

By: _____
          Nicholas Conner
          *Plaintiff*

**ELLIS LAW GROUP LLP**

Dated: June 21, 2018

By: _s/Anthony P. Valenti_
      Anthony P. Valenti, Esq.
      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Betty Henkle, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On July 11, 2018, I served the following document(s) on the parties in the within action:

### JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |

| | |
|---|---|
| Joshua B. Swigart<br>Hyde & Swigart<br>2221 Camino Del Rio South<br>Suite 101<br>San Diego, CA 92108 | |
| Abbas Kazerounian<br>Kazerouni Law Group, APC<br>1303 East Grand Avenue<br>Suite 101<br>Arroyo Grande, CA 93420 | |
| Nicholas Conner<br>P.O. Box 352<br>Hermosa Beach, CA 90254 | Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on July 11, 2018.

By _____
   Betty Henkle

- 1 -